**DOCUMENT #38 REMOVED FROM THE RECORD PURSUANT TO ORDER OF 4/9/99 DOC #40**